# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: mbon | Date Created: 3/13/2014 |
| Case: 14−10093−TPA | Form ID: pdf900 | Total: 27 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr      Ronda J. Winnecour      cmecf@chapter13trusteewdpa.com
aty      James M. Greenfield      greenfieldlaw@dalewoodardgent.com
aty      Michael J. Graml      mattorney@neo.rr.com

                           TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Randy J. Spencer      166 Garden Lane      Franklin, PA 16323−7902
cr      Galaxy Federal Credit Union      Linda Lusher      1313 LIBERTY AVENUE      Franklin, PA 16323
cr      Recovery Management Systems Corporation      25 S.E. Second Avenue      Suite 1120      Miami, FL 33131−1605
13795539      American Honda Finance Corporation      National Bankruptcy Center      P.O. Box 168088      Irving, TX 75016−8088      866−716−6441
13810150      American Honda Finance Corporation      P.O. Box 168088      Irving, TX 75016−8088
13784851      Attn: Bankruptcy Department      Ally Financial      P.O. Box 380901      Minneapolis, MN 55438
13810149      Attn: Bankruptcy Department      Ally Financial      P.O. Box 380901      Minneapolis, MN 55438
13784852      CBJ Credit Recovery      117 West Fourth Street      P.O. Box 1132      Jamestown, NY 14702−1132
13810151      CBJ Credit Recovery      117 West Fourth Street      P.O. Box 1132      Jamestown, NY 14702−1132
13784853      Erie Community Credit Union      1129 State Street      Erie, PA 16501
13810152      Erie Community Credit Union      1129 State Street      Erie, PA 16501
13784854      First United National Bank      P.O. Box 7      Fryburg, PA 16326
13810153      First United National Bank      P.O. Box 7      Fryburg, PA 16326
13810155      GE Capital Retail Bank      c/o Recovery Management Systems      Corporation      25 SE 2nd Avenue, Suite 1120      Miami, FL 33131−1605
13784855      Galaxy Federal Credit Union      1313 Liberty Street      Franklin, PA 16323
13810154      Galaxy Federal Credit Union      1313 Liberty Street      Franklin, PA 16323
13784856      Honda Financial Services      P.O. Box 1844      Alpharetta, GA 30023−1844
13784857      Internal Revenue Services      P.O. Box 7346      Philadelphia, PA 19101−7346
13810157      Internal Revenue Services      P.O. Box 7346      Philadelphia, PA 19101−7346
13810156      James M. Greenfield, Esq.      1030 Liberty Street      Franklin, PA 16323
13792627      Recovery Management Systems Corporation      25 S.E. 2nd Avenue, Suite 1120      Miami, FL 33131−1605
13784858      Rural Mental Health      Associates, Inc.      19 Central Avenue, Floor 3      Oil City, PA 16301−2718
13810158      Rural Mental Health      Associates, Inc.      19 Central Avenue, Floor 3      Oil City, PA 16301−2718

                           TOTAL: 23