```
2014-01326  RANDY J SPENCER (vs) CRANBERRY TOWNSHIP ET AL

Reference No..:                                  Filed........:  11/24/2014
Case Type.....: SUMMONS                          Time.........:        9:46
Judgment......            .00                    Execution Date  0/00/0000
Judge Assigned:                                  Jury Trial....
Disposed Desc.:                                  Disposed Date.  0/00/0000
- - - - - - - - - - - Case Comments - - - - - - - - - - -    Higher Crt 1.:
11/24/14-MALICIOUS PROSECUTION                   Higher Crt 2.:

************************************************************************
         General Index                            Attorney Info
************************************************************************

SPENCER RANDY J                  PLAINTIFF    MCNAIR TIMOTHY D
  166 GARDEN LANE                                821 STATE STREET
  FRANKLIN, PA   16323                           ERIE, PA   16501


CRANBERRY TOWNSHIP               DEFENDANT    GIUNTA JOHN M
                                                CIPRIANI & WERNER PC
                                                650 WASHINGTON ROAD SUITE 700
                                                PITTSBURGH, PA   15228

GREENFIELD JAMES                 DEFENDANT    LLOYD BETHANN R
                                                FOUR GATEWAY CENTER
                                                TWELFTH FLOOR
                                                PITTSBURGH, PA   15222

PANKRATZ FRANK                   DEFENDANT    GIUNTA JOHN M
                                                CIPRIANI & WERNER PC
                                                650 WASHINGTON ROAD SUITE 700
                                                PITTSBURGH, PA   15228

************************************************************************
*  Date       Entries                                                  *
************************************************************************

                - - - - - - - - - FIRST ENTRY - - - - - - - - - - - - -
11/24/2014  PRAECIPE FOR WRIT OF SUMMONS
                                    002 Image page(s) exist(s) for this entry

11/24/2014  WRIT ISSUED TO SHERIFF

12/17/2014  SHERIFF'S RETURN: 12-4-14 2:00 PM UPON DEFT SERVED BY PERSONALLY
            HANDING THE DEFT JIM GREENFIELD A TRUE COPY OF THE WRIT OF SUMMONS'
            12-8-14 11:38 AM UPON DEFT SERVED BY PERSONALLY HANDING THE WRIT OF
            SUMMONS TO A PERSON REPRESENTING THEMSELVES TO BE KOAH PERTZ/ZONING
            OFFICER WHO ACCEPTED AS "ADULT PERSON IN CHARGE" FOR CRANBERRY TWP
            12-9-14 11:17 AM UPON DEFT SERVED BY PERSONALLY HANDING THE DEFT
            FRANK ALBERT PANKRATZ A TRUE COPY OF THE WRIT OF SUMMONS
            SHERIFF COST: $103.00
                                    002 Image page(s) exist(s) for this entry

1/05/2015   PRAECIPE FOR APPEARANCE OF JOHN M GIUNTA/ESQ ON BEHALF OF CRANBERRY
            TOWNSHIP/EFT
                                    003 Image page(s) exist(s) for this entry

1/05/2015   PRAECIPE FOR RULE TO FILE COMPLAINT FILED ON BEHALF OF CRANBERRY
```

EXHIBIT 1

2014-01326   RANDY J SPENCER (vs) CRANBERRY TOWNSHIP ET AL

| | |
|---|---|
| Reference No..: | Filed.........: 11/24/2014 |
| Case Type.....: SUMMONS | Time..........: 9:46 |
| Judgment......      .00 | Execution Date  0/00/0000 |
| Judge Assigned: | Jury Trial.... |
| Disposed Desc.: | Disposed Date.  0/00/0000 |
| ------------ Case Comments ------------- | Higher Crt 1.: |
| 11/24/14-MALICIOUS PROSECUTION | Higher Crt 2.: |

          TOWNSHIP/DEFT BY JOHN M GIUNTA/ESQ
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

1/15/2015   PRAECIPE FOR APPEARANCE FILED ON BEHALF OF DEFT JAMES GREENFIELD
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

1/16/2015   FAXED PROPOSED ORDER DTD 1/16/15 TO JUDGE LOBAUGH
                              005 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

1/23/2015   ORDER OF COURT DTD 1/22/15 THE PROTH IS DIRECTED TO ENTER A RULE
            UPON PLTFF TO FILE A COMPLAINT BASED ON THE "PRAECIPE FOR RULE TO
            FILE COMPLAINT FILED BY DEFT ON 1/5/15;PROTH IS DIRECTED TO MAIL
            THE RULE TO COUNSEL FOR DEFT/CRANBERRY TOWNSHIP WHO FILED THE
            PRAECIPE;JOHN M GIUNTA CIPRIANI & WERNER PC;650 WASHINGTON RD;
            STE 700;PITTS PA 16228 (HWW/SJSP)
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

2/20/2015   COMPLAINT FILED ON BEHALF OF PLTFF/RANDY J SPENCER BY TIMOTHY D
            MCNAIR/ESQ
                              008 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

2/23/2015   AFFIDAVIT OF SERVICE OF RULE TO FILE COMPLAINT FILED ON BEHALF OF
            CRANBERRY TOWNSHIP/DEFT
                              006 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   PRAECIPE FOR ARGUMENT LIST FILED BY DEFTS/CRANBERRY TOWNSHIP AND
            FRANK PANKRATZ
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   PRAECIPE FOR APPEARANCE OFJOHN M GIUNTA/ESQ FILED ON BEHALF OF
            DEFT/FRANK PANKRATZ
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   PRELIMINARY OBJECTIONS; BRIEF IN SUPPORT & PROPOSED ORDER OF COURT
                              014 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   PRAECIPE FOR ARGUMENT DATE ON PRELIMINARY OBJECTIONS OF JAMES
            GREENFIELD/DEFT
                              003 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   PRELIMINARY OBJECTIONS RAISING ISSUE OF FACT FILED ON BEHALF OF
            DEFT/JAMES GREENFIELD
                              037 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   BRIEF IN SUPPORT OF PRELIMINARY OBJECTIONS RAISING ISSUES OF FACT
            FILED ON BEHALF OF DEFT/JAMES GREENFIELD
                              014 Image page(s) exist(s) for this entry
------------------------------------------------------------------------

3/12/2015   CD ALSO ENCLOSED-EXHIBIT "C"
                              037 Image page(s) exist(s) for this entry

```
2014-01326  RANDY J SPENCER (vs) CRANBERRY TOWNSHIP ET AL

Reference No..:                                   Filed........:  11/24/2014
Case Type.....: SUMMONS                           Time.........:       9:46
Judgment......          .00                       Execution Date   0/00/0000
Judge Assigned:                                   Jury Trial....
Disposed Desc.:                                   Disposed Date.   0/00/0000
- - - - - - - - - - - Case Comments - - - - - - - - - - - - -  Higher Crt 1.:
11/24/14-MALICIOUS PROSECUTION                    Higher Crt 2.:
             - - - - - - - - - - - - - - LAST ENTRY - - - - - - - - - - - - - - -


****************************************************************************
*                           Escrow Information                              *
* Fees & Debits         Beg Bal    Pymts/Adj    End Bal                     *
****************************************************************************

  WRIT OF SUMMONS        76.00        76.00        .00
  TAX ON SUMMONS           .50          .50        .00
  JCS/ATJ                35.50        35.50        .00
  AUTOMATION FEE          5.00         5.00        .00
                        ------       ------      -----
                        117.00       117.00        .00


****************************************************************************
*           End of Case Information                                         *
****************************************************************************
```