IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RANDY J. SPENCER,

   Debtor,

  v.

RANDY J. SPENCER,

   Movant.

  v.

NO RESPONDENT.

Civil Action No. 14-10093-TPA
(Chapter 13)
Thomas P. Agresti

## CERTIFICATE OF SERVICE OF OBJECTION OF JAMES GREENFIELD TO DEBTOR'S MOTION TO EMPLOY SPECIAL COUNSEL PURSUANT TO 11 U.S.C. §327(a) and BANKRUPTCY RULE 2014

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 16, 2015.**

 The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class Mail, postage pre-paid and Electronic Notification.**

ELECTRONIC NOTIFICATION:

Michael J. Graml, Esq.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
mattorney@neo.rr.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

FIRST CLASS MAIL:

Timothy D. McNair, Esq.
821 State Street
Erie, PA 16501-1316

579888

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

March 16, 2015                              */s/Bethann R. Lloyd*
                                            BETHANN R. LLOYD, ESQ.
                                            Counsel for James Greenfield, Esq.,
                                            Individually, as a party in interest
                                            GROGAN GRAFFAM, P.C.
                                            Four Gateway Center, 12th Floor
                                            Pittsburgh, PA 15222
                                            (412) 553-6300
                                            PA I.D. No. 77385
                                            blloyd@grogangraffam.com