IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RANDY J. SPENCER,<br><br>Debtor,<br>v.<br><br>RANDY J. SPENCER,<br><br>Movant.<br><br>v.<br><br>NO RESPONDENT. | Civil Action No. 14-10093-TPA<br>(Chapter 13)<br>Thomas P. Agresti |

## ORDER OF COURT

*AND NOW,* this _____ of _____, 2015, upon consideration of the foregoing Objections of James Greenfield to Debtor's Motion to Employ Special Counsel Tim McNair Pursuant to 11 U.S.C. §327(a) and Bankruptcy Rule 2014, it is hereby ORDERED that Debtor's Motion is DENIED.

James Greenfield shall serve the within Order on all interested parties and file a certificate of service.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

579888