**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RANDY J. SPENCER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-10093 TPA<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/28/2014 and confirmed on 07/03/2014 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,889.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,889.01 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 4,316.11 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,316.11 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| GALAXY FCU/FKA JOY FCU(*)<br>Acct: X081E | 0.00 | 15,472.32 | 0.00 | 15,472.32 |
| FIRST UNITED NATIONAL BANK<br>Acct: 0163 | 0.00 | 19,230.24 | 0.00 | 19,230.24 |
| GALAXY FCU/FKA JOY FCU(*)<br>Acct: X081C | 0.00 | 47,625.60 | 0.00 | 47,625.60 |
| GALAXY FCU/FKA JOY FCU(*)<br>Acct: X081C | 35,991.21 | 15,496.74 | 0.00 | 15,496.74 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 5595 | 26,645.44 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>Acct: 5595 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP*<br>Acct: 1718 | 2,920.94 | 2,920.94 | 256.27 | 3,177.21 |
| ERIE COMMUNITY CU<br>Acct: 1008 | 1,505.27 | 1,505.27 | 176.61 | 1,681.88 |
| ERIE COMMUNITY CU<br>Acct: 1008 | 1,734.39 | 1,734.39 | 154.52 | 1,888.91 |

| 14-10093 TPA | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | 104,572.90 |
| **Priority** | | | | |
| MICHAEL J GRAML ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RANDY J. SPENCER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 17,372.74 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| PA DEPARTMENT OF REVENUE* | 3,022.13 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5595 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2169 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5458 | | | | |
| KEVIN AND BARBARA ROSS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXX0767 | | | | |
| KEVIN AND BARBARA ROSS | 4,800.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| KEVIN AND BARBARA ROSS | 32,434.50 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| GE CAPITAL RETAIL BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6191 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5:12 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6980 | | | | |
| RURAL MENTAL HEALTH ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6909 | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS     104,572.90

TOTAL CLAIMED
PRIORITY     17,372.74
SECURED     68,797.25
UNSECURED     40.256.63

Date: 02/16/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com